IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

PRECISION CRAFT LOG STRUCTURES, INC., )
)
                 Plaintiff, ) Case No. CV05-199-S-EJL
)
vs. ) LITIGATION ORDER
)
THE CABIN KIT COMPANY, INC., et al, )
)
                 Defendants. )
)

       On May 17, 2005, the above-entitled action was filed in the District of Idaho.

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS**:

1.     Plaintiff shall serve this Order on all parties.

2.     Pursuant to Local Rule 16.1, the parties shall meet and determine:

        A.     A litigation plan[1];

        B.     If consenting to the jurisdiction of a magistrate judge is appropriate; and

        C.     If the case is suitable for an alternative dispute resolution (ADR) program such as arbitration, mediation[2] or judicial settlement conference.

---

[1] Attached is a Civil Case Litigation Outline which shall be used by the parties in determining their case litigation plan. The Court will expect the outline to be followed unless a showing by the parties is made that the case is highly complex in nature.

[2] Pursuant to Local Rule 16.5, the parties shall discuss and determine whether or not they will participate in a mediation program. Mediation is a process whereby a trained, experienced and impartial neutral, selected by the parties and or the Court, will facilitate discussion, and assist in identifying issues and generating options in an attempt to resolve the dispute which prompted the litigation.

    A party can move for withdrawal from the mediation process upon a showing that reasons exist as to why mediation would not be productive or otherwise should not a occur.

LITIGATION ORDER - Page 1
05ORDERS\Precision_lit.WPD

3. On or before **August 3, 2005**, the parties shall file with the court the Litigation Plan form[3] and, if appropriate, the Consent to Proceed Before a Magistrate Judge form.

4. Initial disclosures shall be made by the parties pursuant to Federal Rules of Civil Procedure 26.1 and Local Rule 16.1.

5. A telephonic scheduling conference shall be held on **August 17, 2005**, at **9:30 a.m.** mountain time, for the purpose of confirming the deadlines proposed by the parties in the Litigation Plan Form and to set the matter for trial.

6. Counsel for Plaintiff shall initiate the conference call by placing it to Diane McDonald, Administrative Assistant, at 208-334-9270 and shall have all appropriate parties on the line.

DATED:  **June 9, 2005**

Honorable Edward J. Lodge
U. S. District Judge

---

[3]Interactive Litigation Plan Form: http://www.id.uscourts.gov/docs/LITPLAN_ejlForm.pdf

# CIVIL CASE LITIGATION OUTLINE

| DAY | EVENT |
|---|---|
| 1 | Complaint Filed in Federal Court |
| 69 | Parties Meet on Litigation Plan (Local Rule 16.1) |
| 80 | **DISTRICT COURT FILING DEADLINE:** Joint Litigation Plan Form |
| 83 | **Case reviewed by Court for:** **(1) Completion of service (2) Consent to a Magistrate Judge Form (3) Litigation Plan Form** Initial Disclosure Deadline (FRCP 26.1, and Local Rule 16.1) |
| 90 | **TELEPHONE SCHEDULING CONFERENCE** |
| 135 | Expert Disclosure by plaintiff |
| 165 | Expert Disclosure by defendant |
| 180 | Rebuttal Expert Disclosure by plaintiff |
| 210 | Pre-Alternative Dispute Resolution (ADR) Discovery Deadline **DISTRICT COURT FILING DEADLINE:** Motion to Amend |
| 240 | ADR Conference (Mediation, Arbitration or Settlement Conference) |
| 247 | **DISTRICT COURT FILING DEADLINE:** ADR Status Report |
| 300 | Final Discovery Deadline |
| 330 | **DISTRICT COURT FILING DEADLINE:** Pre-Trial Motions (6 months before trial) <br>     Responsive Pleadings Due 21 Days from Receipt of Motion <br>     Reply Pleadings Due 10 Days from Receipt of Response <br><br> **DISTRICT COURT FILING DEADLINE:** Dispositive Motions <br>     Responsive Pleadings Due 21 Days from Receipt of Dispositive Motion <br>     Reply Pleadings Due 10 Days from Receipt of Response |
| 531 | **TRIAL:** Scheduled to begin on Tuesdays at 9:30 a.m. unless otherwise ordered. |

LITIGATION PLAN FORM