# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PRECISION CRAFT LOG STRUCTURES, INC., an Idaho Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE CABIN KIT COMPANY, INC., a Nevada Corporation; GEORGE & JANE DOE WARDNER, husband and wife; DOES 1-5, and ABC CORPORATIONS 1-5,<br><br>　　　　　Defendants. | ) ) ) CASE NO. CIV 05-199-S-EJL ) ) ) FINDINGS OF FACT AND ) CONCLUSIONS OF LAW AS TO ) DEFENDANT THE CABIN KIT ) COMPANY, INC. ) ) ) ) ) |

This matter came before the Court on December 5, 2006. The Plaintiff appeared and was represented by its attorneys, Jon M. Steele and Karl J. Runft. The Defendant Cabin Kit failed to appear. The Court having heard the evidence and having considered this matter does hereby enter its Findings of Fact and Conclusions of Law as follows:

FINDINGS OF FACT AND CONCLUSIONS OF LAW – Page 1

## FINDINGS OF FACT

1. Defendant, The Cabin Kit Company, Inc. (hereafter "Cabin Kit"), is a Nevada corporation who at all times relevant to this action, had its principle place of business in Prescott, Arizona.

2. Cabin Kit markets and sells log and cedar homes and vacation cabins and plans for the construction of homes.

3. Precision Craft is based in Meridian, Idaho, designs and manufactures premium milled and handcrafted custom log homes.

4. Precision Craft submitted copyright applications for it's "*Ponderosa*" and "*Silver Creek*" architectural works and received Certificates of Copyright Registration from the United States Copyright Office for both works effective June 20, 1997.

5. Precision Craft's copyright includes architectural renderings and floor plans of the "*Ponderosa*" and" *Silver Creek*" models.

6. On May 25, 2004, Precision Craft, became aware that Cabin Kit was displaying Precision Craft's copyrighted architectural works on its website: www.cabinkit.com.

7. Precision Craft's "*Ponderosa*" was displayed as Cabin Kit's "*Astoria*" and Precision Craft's "*Silver Creek*" was displayed as Cabin Kit's "*Larkspur.*"

8. On May 25, 2004, Precision Craft notified Cabin Kit of its infringement of and violation of Precision Craft's copyrighted architectural works and demanded that Cabin Kit immediately remove the copyrighted works from

their website and cease any further infringement of Precision Craft's works.

9. Cabin Kit responded denying that it copied or displayed any Precision Craft architectural works.

10. On January 13, 2005, Precision Craft offered Cabin Kit the opportunity to enter into a retroactive Release and License Agreement for it's use of Precision Craft's architectural works.

11. Cabin Kit refused such offer.

12. Cabin Kit admits that it has made a total of four (4) sales of home packages based upon the *Larkspur* plan and has sold a total of five (5) sets of plans for the *Larkspur* model.

13. Cabin Kit admits that it has sold a total of three (3) sales of home packages based upon the "*Astoria*" plan and has sold a total of three (3) sets of standard plans for the *Astoria* model.

14. The Cabin Kit "*Astoria*" and "*Larkspur*" exterior renderings are exact reproductions of the Precision Craft "*Ponderosa*" and "*Silver Creek*" architectural renderings as prepared by Mr. D.K. Broman.

16. The Cabin Kit plans are exact copies of the Precision Craft plans.

17. Cabin Kit had knowledge that its conduct constituted copyright infringement.

18. Cabin Kit's total gross sales revenue attributable to infringement is $373,595.48.

19. Precision Craft's "*Ponderosa*" and "*Silver Creek*" copyrighted architectural works are still offered for sale on Cabin Kit's website.

## CONCLUSIONS OF LAW

20. Precision Craft filed its complaint on May 17, 2005 alleging initiating this action for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. § 101, et seq.  Count One alleges Infringement of Copyrighted works and Count Two alleges Willful Infringement of Copyrighted Works.

21. Jurisdiction is proper under 28 U.S.C. § 1338.

22. Venue is proper in this District pursuant to 28 U.S.C. § 1400(a).

23. Cabin Kit's use of the copyrighted architectural works had the effect of injuring Precision Craft in Idaho where it has its principal place of business.

24. Following Cabin Kit's default it is deemed to have admitted all well-pleaded allegations of the Complaint.  See <u>TeleVideo Systems, Inc. v. Heidenthal</u>, 826 F.2d 915, 917 (9th Cir. 1987).

25. Precision Craft is the owner of a valid copyright of the "*Ponderosa*" and "*Silver Creek*" architectural works.

26. Cabin Kit's infringement of Precision Craft's "*Silver Creek*" and "*Ponderosa*" architectural works is willful and continuous.

27. Precision Craft is entitled to a permanent injunction against Cabin Kit prohibiting it from using the Precision Craft copyrighted architectural works pursuant to 17 U.S.C. § 502 and Fed. Rule of Civ. P. 65(d).

28. Precision Craft is entitled to willful statutory damages in the amount of $150,000.00 pursuant to 17 U.S.C. § 504(c)2, for each of the two (2) infringements, for a total amount of $300,000.00.

29. Precision Craft is entitled to prejudgment interest on the damages awarded from May 17, 2005, the date Precision Craft filed its complaint in this matter.  See Frank Music Corp. v. Metro-Goldwyn-Mayer, Inc., 886 F.2d 1545, 1551-52 (9th Cir. 1989) (discussing the 1909 Copyright Act).  Such interest shall be at a rate of 3.32 as consistent with the one-year Federal Reserve Treasury Bill for the week ending May 23, 2005.  See www.federalreserve.gov/releases/h15/20050523.

30. Precision Craft, as the prevailing party, may recover reasonable attorney fees pursuant to 17 U.S.C. § 505 at the discretion of the Court.  Accordingly, Precision Craft has filed a separate motion seeking an award of reasonable costs of suit and attorney's fees, which the Court will decide in a separate order.

DATED: **January 17, 2007**

Honorable Edward J. Lodge
U. S. District Judge

FINDINGS OF FACT AND CONCLUSIONS OF LAW – Page 5